## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Eastern District of Michigan

Case Number: 2:18-CV-10735-PDB

Plaintiff:
**TARA EDWARDS**
vs.
Defendant:
**SCRIPPS MEDIA, INC. d/b/a WXYZ-TV**

TPL2018029134

For: Michael Hanna
Morgan & Morgan. P.A. - Broward

Received by Rancilio and Associates on the 13th day of March, 2018 at 8:22 am to be served on **SCRIPPS MEDIA, INC. D/B/A WXYZ-TV C/O CSC-LAWYERS INCORPORATED SERVICE, AS REGISTERED AGENT, 601 ABBOT ROAD, EAST LANSING, MI 48823**. I, _JEFFREY PARSONS_, being duly sworn, depose and say that on the _19th_ day of _MARCH_, 20_18_ at _12:17_ p.m., executed service by delivering a true copy of the **Summons in a Civil Action, and Verified Complaint, Demand for Jury Trial** in accordance with state statutes in the manner marked below:

(X) CORPORATE SERVICE: Served the within named corporation by delivering a true copy of the documents listed herein with the date, hour of service, intials, and appointment number (when applicable) endorsed thereon by me, to _LORI CHAPELL_ as _AUTHORIZED CLERK FOR R/A_ of the within-named corporation and informed said person of the contents therein pursuant to F.S. 48.081.

( ) PUBLIC AGENCY: Served the within named agency by deliveringa true copy of the documents listed herein with the date, hour of service, intials, and appointment number (when applicable) endorsed thereon by me, to _____ as _____ of the within-named agency and informed said person of the contents therein pursuant to F.S. 48.111.

( ) AUTHORIZED SERVICE: Served the within named entity by delivering a true copy of the documents listed herein with the date, hour of service, intials, and appointment number (when applicable) endorsed thereon by me, to _____ as _____ of the within-named entity and informed said person of the contents therein pursuant to Florida Statutes.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____

Age _55_ Sex M (F) Race _WHITE_ Height _unknown_ Weight _165lbs_ Hair _Brown_ Glasses (Y) N
SAT AT desk



## AFFIDAVIT OF SERVICE For 2:18-CV-10735-PDB

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made. The service, date, time, my initials and/or name, and identification number, if required by state statute, were listed on the documents served.

F.S. 92.525, UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THE FACTS IN IT ARE TRUE TO THE BEST OF MY KNOWLEDGE.

DATE: 3/19/2018

Subscribed and Sworn to before me on the 19th day of March, 2018 by the affiant who is personally known to me.

/SEAN PARISH
NOTARY PUBLIC

/Jeffrey Parsons
PROCESS SERVER # _____
Appointed in accordance with State Statutes

TSI
P.O. Box 173019
Tampa, FL 33672
(813) 258-8885

Our Job Serial Number: 2018029134
Ref: 8190220

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2n