UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TARA EDWARDS,

    Plaintiff,

v.

SCRIPPS MEDIA, INC., d/b/a
WXYZ-TV, a Foreign Profit Corporation,

    Defendant.

Case No: 18-10735

Hon. Paul D. Borman

Magistrate Judge Elizabeth A. Stafford

_____/

Michael N. Hanna (P81462)
MORGAN & MORGAN, P.A.
Attorney for Plaintiff
2000 Town Center, Suite 1900
Southfield, MI  48075
(313) 251-1399
mhanna@forthepeople.com

Geoffrey N. Fieger (P30441)
FIEGER KENNEY
 & HARRINGTON, P.C.
Attorney for Plaintiff
19390 W. Ten Mile Road
Southfield, MI  48075-2463
(248) 355-5555
g.fieger@fiegerlaw.com

Elizabeth P. Hardy (P37426)
Thomas J. Davis (P78626)
KIENBAUM OPPERWALL HARDY
 & PELTON, P.L.C.
Attorneys for Defendant
280 N. Old Woodward Ave., Suite 400
Birmingham, MI  48009
(248) 645-0000
ehardy@kohp.com
tdavis@kohp.com

_____/

**Stipulated Order Regarding Motions to Compel (R. 23, R. 31) and to Reschedule October 3, 2018 Hearing**

**WHEREAS** the parties have both filed motions to compel (R. 23 and R. 31, respectively), with a hearing scheduled on the fully-briefed Defendant's Motion to Compel scheduled for October 3, 2018, and the Plaintiff's recently-filed Motion to Compel is as of yet unscheduled;

**WHEREAS** Defendants' counsel have informed Plaintiff's counsel and the Court of a potentially lengthy trial set to begin on October 8, 2018 in Oakland County Circuit Court, which will require significant preparation time, and have requested an extension of time to respond to Plaintiff's Motion to Compel;

**WHEREAS** the parties have agreed that it would serve the interests of judicial economy to hold one hearing on both Motions to Compel; and

**WHEREAS** Plaintiff's counsel does not object to the requested extension of time;

IT IS HEREBY ORDERED that for good cause show that (1) Defendant's Response to Plaintiff's Motion to Compel will be due October 31, 2018; (2) the October 3, 2018 hearing on Defendant's Motion to Compel will be rescheduled; and (3) a hearing on both Defendant's Motion to Compel and Plaintiff's Motion to Compel will be rescheduled for as soon as possible after briefing on the Plaintiff's Motion to Compel has been completed.

IT IS SO ORDERED.

Dated:  October 2, 2018	s/Elizabeth A. Stafford
	HON. ELIZABETH A. STAFFORD
	U.S. Magistrate Judge

The above order is stipulated to as to form and content:

| MORGAN & MORGAN, P.A. | KIENBAUM OPPERWALL HARDY & PELTON, P.L.C. |
|---|---|
| By: s/*Michael N. Hanna with consent*<br>     Michael N. Hanna (P81462)<br>Attorney for Plaintiff<br>2000 Town Center, Suite 1900<br>Southfield, MI  48075<br>(313) 251-1399<br>mhanna@forthepeople.com | By:  s/*Thomas J. Davis*<br>     Elizabeth P. Hardy (P37426)<br>     Thomas J. Davis (P78626)<br>Attorneys for Defendant<br>280 N. Old Woodward Ave., Ste. 400<br>Birmingham, MI  48009<br>(248) 645-0000<br>ehardy@kohp.com<br>tdavis@kohp.com |

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 2, 2018.

	s/Marlena Williams
	MARLENA WILLIAMS
	Case Manager

2