UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TARA EDWARDS,

    Plaintiff,

v.

SCRIPPS MEDIA, INC., d/b/a
WXYZ-TV, a Foreign Profit Corporation,

    Defendant.

Case No: 18-10735

Hon. Paul D. Borman

Magistrate Judge:
Elizabeth A. Stafford

_____/

Michael N. Hanna (P81462)
MORGAN & MORGAN, P.A.
Attorney for Plaintiff
2000 Town Center, Suite 1900
Southfield, MI 48075
(313) 251-1399
mhanna@forthepeople.com

Geoffrey N. Fieger (P30441)
FIEGER KENNEY
 & HARRINGTON, P.C.
Attorney for Plaintiff
19390 W. Ten Mile Road
Southfield, MI 48075-2463
(248) 355-5555
g.fieger@fiegerlaw.com

Elizabeth P. Hardy (P37426)
Thomas J. Davis (P78626)
KIENBAUM HARDY
VIVIANO PELTON & FORREST, P.L.C.
Attorneys for Defendant
280 N. Old Woodward Ave., Suite 400
Birmingham, MI 48009
(248) 645-0000
ehardy@khvpf.com
tdavis@khvpf.com

_____/

**AMENDED WITNESS LIST OF DEFENDANT**

Defendant Scripps Media, Inc., d/b/a WXYZ-TV ("WXYZ"), by its undersigned counsel, states that it presently anticipates that it may call any or all of the following witnesses in any trial in the captioned matter:

1. Candace Anderson
2. Timothy Dye
3. Plaintiff Tara Edwards
4. Marlon Falconer
5. Ed Fernandez
6. Lisa Gass
7. Jodie Heisner
8. Ray Hillenbrand
9. Amanda Horwitz
10. Jeremy Johnson
11. Eloise Jordan
12. Dave Kalman
13. Jim Kiertzner
14. Sarah Willets Klinger
15. Rhonda LaVelle
16. Brian Lawlor
17. Glenda Lewis

18. Melissa Lutomski

19. Malcom Maddox

20. Dave Manney

21. Michael Murri

22. James Norber

23. Karen Podrasky

24. Barb Roethler

25. Carol Spann

26. Erika (McDaniel) Storrs

27. Tracey Wakeman

28. Any and all medical or mental health practitioners or providers who examined or treated Plaintiff on any occasion, including Lowell Paul, Peter Cousins, and Gerald Shiener.

29. Any and all subordinates, coworkers, supervisors, or managers of Plaintiff.

30. Any and all records custodians for subpoenaed records.

31. Any and all expert witnesses, including Elissa Benedek.

32. All necessary rebuttal and sur-rebuttal witnesses.

33. All necessary impeachment witnesses.

34. All witnesses listed on Plaintiff's list or supplemental witness list(s).

35. All persons identified in the Complaint, discovery responses, depositions, documents produced during discovery or documents filed with the Court in this action.

-3-

36. All witnesses who are unknown at the present time but will become known during the course of discovery or prior to trial.

WXYZ reserves the right to amend this Witness List to include additional witnesses learned through discovery or prior to trial and/or to delete or otherwise amend those witnesses identified herein.

                KIENBAUM HARDY
                VIVIANO PELTON & FORREST, P.L.C.

                By: s/ *Elizabeth Hardy*
                   Elizabeth Hardy (P37426)
                   Attorney for Defendant
                280 N. Old Woodward Ave., Suite 400
                Birmingham, MI 48009
                (248) 645-0000
Dated: January 10, 2019     ehardy@khvpf.com
                tdavis@khvpf.com

307242

## CERTIFICATE OF SERVICE

    I hereby certify that on January 10, 2019, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all ECF participants.

                                        s/ *Elizabeth Hardy*
                                        Elizabeth Hardy (P37426)
                                        Kienbaum Hardy
                                        Viviano Pelton & Forrest, P.L.C.
                                        280 N. Old Woodward Avenue, Suite 400
                                        Birmingham, MI  48009
                                        (248) 645-0000
                                        E-mail:  ehardy@khvpf.com

307242