# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**TARA EDWARDS**,

    Plaintiff,

**v.**

**SCRIPPS MEDIA, INC., d/b/a WXYZ-TV,**
a Foreign Profit Corporation,

    Defendant.
_____/

Case No. 2:18-cv-10735
Hon. Paul D. Borman

Magistrate Judge
Elizabeth A. Stafford

**JURY DEMAND**

| | |
|---|---|
| **Michael N. Hanna (P81462)**<br>**MORGAN & MORGAN, P.A**<br>2000 Town Center , Suite 1900<br>Southfield, MI 48075<br>Tel:  (313) 251-1399<br>Fax:  (313) 739-1975<br>mhanna@forthepeople.com<br><br>**Geoffrey N. Fieger (P30441)**<br>**FIEGER, FIEGER KENNEY &**<br>**HARRINGTON, P.C.**<br>19390 West Ten Mile Road<br>Southfield, MI  48075<br>Tel:   (248) 355-5555<br>Fax:  (248) 355-5148<br>g.fieger@fiegerlaw.com | **Elizabeth P. Hardy (P37426)**<br>**Thomas Davis (P78626)**<br>**KIENBAUM, OPPERWALL,**<br>**HARDY & PELTON, P.L.C.**<br>280 N Old Woodward Ave., Suite 400<br>Birmingham, MI  48009<br>Tel:  248-645-0000<br>Fax:  248-645-1385<br>ehardy@kohp.com<br>tdavis@kohp.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

# **PLAINTIFF'S SECOND AMENDED WITNESS LIST**

NOW COMES, Plaintiff, Tara Edwards, by and through her counsel, and hereby submits the follow list of witnesses who may be called to testify at the time of trial:

1) Tara Edwards, Plaintiff
2) Candace Anderson
3) Barbara Roethler
4) Rhonda Dahl
5) Jennifer Dotson
6) Dave Manney
7) Lisa Gass
8) Malcom Maddox
9) Sarah Willets- Klinger
10) Jeff Vaughn
11) Nima Shaffe
12) Julie Banovic
13) Leonora Vukdedaj
14) Jeremy Johnson
15) Marlon Falconer
16) Glenda Lewis
17) David Kalman

18) Rev. W.J. Rideout

19) Rodney Harris

20) Mike Murri

21) Ed Fernandez

22) Ashley McCuen

23) Eloise Jordan

24) Brian Lawlor

25) Tom Leyden, Jr.

26) Kim Yonick

27) Dave Giles

28) Peter Cousins

29) Danyelle Wright

30) Michelle Zackay

31) Valerie Berry (aka Valerie Morris)

32) Erika McDaniel (aka Erika Storrs)

33) Timothy Dye

34) Jim Kiertzner

35) Michele Zakay

36) Any and all current or former agents, employees or representatives of the Defendant, Scripps Media, Inc., d/b/a WXYZ-TV.

37) Any individual who participated in any investigation relevant to this matter, or interviewed in same.

38) Any and all persons identified in any other parties' Witness List.

39) Any and all witnesses identified in the discovery conducted in this case.

40) Any and all records custodians or witnesses needed to authenticate any exhibit.

41) Any and all experts used by either Plaintiff or Defendant in this case, including Dr. Gerald Shiener.

42) Any and all rebuttal witnesses.

43) Any and all impeachment witnesses.

44) All witnesses who are unknown at the present time but will become known during the course of discovery or prior to trial.

Plaintiff reserves the right to amend this Witness List to include additional witnesses learned through discovery or prior to trial and/or to delete or otherwise amend those witnesses identified herein.

Dated this 15th day of January, 2019.

                Respectfully Submitted,

                **MORGAN & MORGAN, P.A**.

        By: **/s/  MICHAEL N. HANNA**
                Michael N. Hanna (P81462)
                2000 Town Center
                Suite 1900
                Southfield, MI  48075
                (313) 739-1950
                Mhanna@forthepeople.com

                *Trial Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of January, 2019, a true and correct copy of the foregoing was filed using the CM/ECF system, which I understand will send notice of same to all counsel of record for Defendant.

                                          /s/ *MICHAEL N. HANNA*
                                          Michael N. Hanna, Esquire