UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TARA EDWARDS, | Civil Action No.: 18-10735 |
| | Honorable Paul D. Borman |
| Plaintiff, | Magistrate Judge Elizabeth A. Stafford |
| v. | |
| SCRIPPS MEDIA, INC. d/b/a WXYZ-TV, | |
| Defendant. | |

_____/

## ORDER DENYING PLAINTIFF'S SECOND MOTION TO COMPEL [ECF NO. 85]

For the reasons stated on the record on March 8, 2019, the Court **DENIES** Plaintiff Tara Edward's second motion to compel **[ECF No. 85].**

| | |
|---|---|
| Dated: March 8, 2019 | s/Elizabeth A. Stafford |
| Detroit, Michigan | ELIZABETH A. STAFFORD |
| | United States Magistrate Judge |

## NOTICE TO PARTIES REGARDING OBJECTIONS

The parties' attention is drawn to Fed. R. Civ. P. 72(a), which provides a period of 14 days from the date of receipt of a copy of this order within which to file objections for consideration by the district judge under 28 U.S.C. § 636(b)(1).

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 8, 2019.

                                              s/Marlena Williams
                                              MARLENA WILLIAMS
                                              Case Manager