# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

TARA EDWARDS,

    Plaintiff,

v.

SCRIPPS MEDIA, INC., d/b/a WXYZ-TV,

    Defendant.

Case No: 18-10735

Hon. Paul D. Borman

Magistrate Judge: Elizabeth A. Stafford

## STIPULATED ORDER DISMISSING COMPLAINT WITH PREJUDICE AND WITHOUT COSTS

WHEREAS the parties, through their respective counsel, have stipulated and agreed to dismissal of Plaintiff's Complaint against Defendant with prejudice, with each party to bear her or its own attorneys' fees and costs;

**IT IS HEREBY ORDERED** that Plaintiff's Complaint is dismissed with prejudice. Each party will bear her or its own fees and costs.

Entry of this order resolves all pending claims and closes the case.

Dated: January 30, 2020

s/Paul D. Borman
Paul D. Borman
United States District Judge

Stipulated and agreed as to form and content:

| | |
|---|---|
| s/ *Michael N. Hanna* | s/ *Thomas J. Davis* |
| Michael N. Hanna (P81462) | Elizabeth P. Hardy (P37426) |
| Warren D. Astbury (P82416) | Thomas J. Davis (P78626) |
| MORGAN & MORGAN, P.A. | KIENBAUM HARDY |
| Attorney for Plaintiff | VIVIANO PELTON & FORREST, P.L.C. |
| 2000 Town Center, Suite 1900 | |
| Southfield, MI 48075 | Attorneys for Defendant |
| (313) 251-1399 | 280 N. Old Woodward Ave., Suite 400 |
| mhanna@forthepeople.com | Birmingham, MI 48009 |
| wastbury@forthepeople.com | (248) 645-0000 |
| | ehardy@khvpf.com |
| Geoffrey N. Fieger (P30441) | tdavis@khvpf.com |
| FIEGER FIEGER KENNEY | |
|   & HARRINGTON, P.C. | Dated: January 29, 2020 |
| Attorney for Plaintiff | |
| 19390 W. Ten Mile Road | |
| Southfield, MI 48075-2463 | |
| (248) 355-5555 | |
| g.fieger@fiegerlaw.com | |

Dated: January 21, 2020